**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

```
UNITED STATES OF AMERICA    )
                            )    CRIMINAL ACTION NO.
     v.                     )        2:22cr149-MHT
                            )            (WO)
DEAVON DONYE MONTGOMERY     )
```

**ORDER**

As the government has now dismissed the indictment, *see* Notice of Dismissal of Indictment (Doc. 26), it is ORDERED that defendant's motion to dismiss the indictment (Doc. 19) is denied as moot.

DONE, this the 2nd day of December, 2022.

                                          /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**