IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:22cr149-MHT** |
| | ) | (WO) |
| **DEAVON DONYE MONTGOMERY** | ) | |

SUPPLEMENTAL ORDER ON
CONDITIONS OF SUPERVISED RELEASE

In accordance with and in addition to the conditions of supervision in the judgment of conviction entered today, it is ORDERED that, upon commencement of supervised release, the United States Probation Office shall:

(1) Arrange for defendant Deavon Donye Montgomery to receive mental-health treatment in accordance with the detailed recommendations of Dr. Ashlee Zito. *See* Psychological Evaluation (Doc. 42-1) at 12-13. Such treatment shall include (i) individual psychotherapy to achieve symptom stability; process grief; improve Montgomery's coping skills and decision-making skills; and assist with maintaining sobriety; (ii) continued psychiatric care and psychotropic medication as

recommended by his psychiatrist; and (iii) continued avoidance of any substance use, including participation in Narcotics Anonymous or a similar program. As Dr. Zito recommends, Montgomery's psychotherapy should be provided by a licensed provider who specializes in treating posttraumatic stress disorder, ideally through a modality such as cognitive processing therapy or eye movement desensitization and reprocessing (known as "EMDR").

(2) Ensure that any mental-health practitioner treating defendant Montgomery receives a copy of the psychological evaluation conducted by Dr. Ashlee Zito. *See* Psychological Evaluation (Doc. 42-1).

DONE, this the 6th day of April, 2023.

                                               /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**